**SUPREME COURT OF NEW JERSEY**
**D-74 September Term 2019**
**083908**

In the Matter of                    :

Darryl Sarrell Pennington,          :        **FILED**

An Attorney At Law                  :        MAY 2 1 2020        O R D E R

(Attorney No. 003282004)            :        CLERK

                                    :

The Disciplinary Review Board having filed with the Court its decision in DRB 19-195, concluding that **Darryl Sarrell Pennington** of **Mt. Holly**, who was admitted to the bar of this State in 2004, should be admonished for violating RPC 1.1(a) (gross neglect) and RPC. 1.3(lack of diligence), and good cause appearing;

It is ORDERED that **Darryl Sarrell Pennington** is hereby admonished; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in Rule 1:20-17.

WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 19th day of May, 2020.

CLERK OF THE SUPREME COURT